WALLACE v. JARVIS

No. 364P95

Case below: 119 N.C.App. 582

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

WELBORN v. CLASSIC SYNDICATE, INC.

No. 370P95

Case below: 119 N.C.App. 799

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

WHITLEY v. SOLOVIEFF

No. 325P95

Case below: 119 N.C.App. 607

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.